Certificate Number: 05781-NJ-DE-036964932

Bankruptcy Case Number: 22-18279



05781-NJ-DE-036964932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2022, at 8:10 o'clock AM PST, Godfried Baning completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 9, 2022            By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President