| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-18279 / MBK**

Godfried Baning

Petition Filed Date: 10/18/2022
341 Hearing Date: 11/17/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/14/2022 | $1,000.00 | 88814860 | 12/15/2022 | $1,000.00 | 88838030 | 01/12/2023 | $1,000.00 | 89349600 |
| 03/07/2023 | $1,000.00 | 90409680 | 03/09/2023 | $1,000.00 | 90449820 | | | |

**Total Receipts for the Period:  $5,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Godfried Baning | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq. | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2010-2014 | Secured Creditors | $227,359.95 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2021 EST TAXES | Priority Crediors<br>Hold Funds: Estimated | $3,160.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, NA<br>»»  P/370 WILLOWBROOK DR/1ST MTG/ORDER 12/28/22 | Mortgage Arrears | $1,526.75 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,336.80 | $0.00 | $0.00 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  NP/2407 E 109TH TER/1ST MTG | Mortgage Arrears | $145.08 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,912.64 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-18279 / MBK**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $5,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $360.00 | Arrearages: | $0.00 |
| Funds on Hand: | $4,640.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

