| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor:  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br><br>In Re:<br><br>  Godfried Baning<br>                Debtor | Case No.:   22-18279 MBK<br><br>Chapter:   13<br><br>Adv. No.:   _____<br><br>Hearing Date: April 26, 2023<br><br>Judge:   Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Rebecca Pereira

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, Esquire, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 3/31/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Exhibits
    - Proposed Order
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: March 31, 2023    /S/Rebecca Pereira
                                                      Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Godfried Baning<br>370 Willowbrook Drive<br>North Brunswick, NJ 08902 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| ROBERT C. NISENSON<br>10 Auer Court (VIA ECF)<br>Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |

*rev. 8/1/16*